UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,                    Case No. 9:25-tp-80032-ARTAU

        Plaintiff,                           (Transferred from D.N.J.,
                                             Case No. 2:10-cr-00471-SDW)

v.

NEVIN SHAPIRO,

        Defendant.

_____

## NOTICE OF STRIKING

**TO THE CLERK:**

Kindly strike docket entries #3, 4, 5, and 6 in the above-captioned case as they were filed in error.

Respectfully submitted,

/s/ Reganel J. Reeves
Reganel J. Reeves, Esquire
Florida Bar No. 76257
Esquire Litigation Group
6278 Dupont Station Court East, Unit 2
Jacksonville, Florida 32217
Telephone: (904) 290-3476, ext. 1
Email: rreeves@esquirelitgroup.com
Local Counsel for Defendant Nevin Shapiro

Dated: May 6, 2026