# EXHIBIT A

Gregory M. Yankow
224 Sally Drive
S. Abington Township, PA 18411
gmyankow@icloud.com
(570) 800-3530

January 30, 2026

The Honorable Edward L. Artau
United States District Judge
Southern District of Florida
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Courtroom (Pending), Chambers 416
West Palm Beach, Florida 33401

Dear Judge Artau,

My name is Gregory Yankow. I am a retired Special Agent of the Federal Bureau of Investigation, having served for twenty-four years before retiring in October 2025. I was the lead investigative agent responsible for the federal investigation of Nevin Shapiro beginning in 2008, and I oversaw the matter through its most complex and consequential stages.

During my career with the FBI, I was involved in numerous large-scale financial and fraud investigations. I also served as a firearms instructor, pilot, hostage and crisis negotiator, and Supervisory Special Agent. The investigation into Nevin Shapiro and Capitol Investments was among the most complex and demanding matters I handled, both in scope and duration. As a result, I came to know Mr. Shapiro exceptionally well during the course of the investigation.

Although Mr. Shapiro was often described as an outsized personality with a volatile temper, my direct interactions with him reflected someone who was personable, concerned about his friends and family, and clear-eyed about the seriousness of his circumstances.

During the many years between the conclusion of the investigation and his release, I remained generally aware of Mr. Shapiro's conduct while incarcerated and received no information suggesting behavior inconsistent with eventual successful reintegration.

Given my familiarity with Mr. Shapiro's case and the length of time that had passed since his conviction, I believed it appropriate to observe his post-release adjustment firsthand. After Mr. Shapiro's release in 2024, I saw an interview he gave on a social media platform and reached out to wish him well. That contact became the start of regular communication between us, and we later met in person shortly after my retirement from federal service.

I initially had concerns about his reintegration. Reputations are difficult to overcome, and I was mindful of the risk that negative influences or unresolved resentments could undermine his progress.

Those concerns have not materialized. Through extensive conversations about his investigation, the mistakes he made, and his plans for the future, I have observed sustained growth, humility, and accountability. I can state without hesitation that Mr. Shapiro has complied with the conditions of supervised release, demonstrated genuine rehabilitation, and conducted himself in a manner consistent with maturity and responsibility.

I have also met and spoken with members of his close family and circle of friends. He has surrounded himself with individuals who are supportive, grounded, and invested in his continued success. His conduct reflects a thoughtful and deliberate effort to build a stable and law-abiding life. Through sustained interaction over time, I have developed a level of trust in Mr. Shapiro's judgment and character that reflects his demonstrated rehabilitation.

It is my unequivocal belief that Mr. Shapiro does not present a risk to the community. In my professional judgment as a former federal law enforcement officer, continued supervision is no longer necessary to serve the purposes of supervised release, including public safety, deterrence, or rehabilitation. His post-release conduct reflects not temporary compliance, but durable, internalized change.

In addition, Mr. Shapiro has demonstrated sound judgment and empathy in his interactions with others, including providing measured guidance and support during difficult circumstances. These actions further reinforce my confidence in his character and decision-making.

It is rare, over the course of a long career in federal law enforcement, to witness such a complete and sustained transformation. Mr. Shapiro's conduct since his release reflects lasting change rather than short-term compliance.

For these reasons, and with full respect for the Court, I respectfully support the early termination of Mr. Shapiro's supervised release.

Thank you for your time and consideration.

Respectfully submitted,

Gregory M. Yankow
Retired Special Agent
Federal Bureau of Investigation