**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA,   Case No. 9:25-tp-80032-ARTAU

      Plaintiff,   (Transferred from D.N.J.,
Case No. 2:10-cr-00471-SDW)

v.

NEVIN SHAPIRO,

      Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER came before the Court upon Defendant Nevin Shapiro's Unopposed Motion for Early Termination of Supervised Release (the "Motion"), filed pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2)(B). The Court, having considered the Motion, the supporting record (including the supporting letters submitted as Exhibits A through E), the position of the United States, the position of the United States Probation Office, the factors set forth in 18 U.S.C. § 3553(a), and being otherwise fully advised in the premises, finds that the conduct of the Defendant and the interest of justice warrant termination of supervised release. Accordingly, it is hereby:

**ORDERED AND ADJUDGED that:**

1. The Motion is **GRANTED**.

2. Defendant Nevin Shapiro's term of supervised release imposed by the United States District Court for the District of New Jersey on June 14, 2011, in case number 2:10-cr-00471-SDW, and transferred to and accepted by this Court on December 17, 2025, is hereby

**TERMINATED**, and the Defendant is **DISCHARGED** from further supervision pursuant to 18 U.S.C. § 3583(e)(1).

3.    The Defendant's outstanding restitution obligation imposed in the Judgment entered June 14, 2011 (D.N.J. ECF No. 30) shall remain in full force and effect as an independently enforceable judgment in favor of the United States, notwithstanding the termination of supervised release ordered herein.

4.    The Clerk of the Court is directed to provide copies of this Order to all counsel of record, the United States Probation Office for the Southern District of Florida, and the United States Probation Office for the District of New Jersey.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of _____, 2026.


_____
**HONORABLE EDWARD L. ARTAU**
UNITED STATES DISTRICT JUDGE


Copies furnished to:
       All counsel of record (via CM/ECF)
       United States Probation Office (S.D. Fla.)
       United States Probation Office (D.N.J.)