UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NEVIN SHAPIRO,

       Defendant.

Case No. 9:25-tp-80032-ARTAU

(Transferred from D.N.J.,
Case No. 2:10-cr-00471-SDW)

---

**ORDER GRANTING MOTION FOR SPECIAL ADMISSION TO APPEAR
PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS MATTER came before the Court upon the Motion for Special Admission to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), filed by Reganel J. Reeves, Esquire, on behalf of Defendant Nevin Shapiro, seeking the special admission of Emeka Igwe, Esquire, of The Igwe Firm. The Court, having reviewed the Motion, the supporting certification of the applicant, and the Consent to Designation of Local Counsel, and being otherwise fully advised in the premises, finds that the Motion satisfies the requirements of Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys for the Southern District of Florida. Accordingly, it is hereby:

**ORDERED AND ADJUDGED that:**

1. The Motion is **GRANTED**.

2. Emeka Igwe, Esquire, of The Igwe Firm, is hereby **specially admitted to appear** *pro hac vice* on behalf of Defendant Nevin Shapiro in this matter, subject to all rules of this Court, including the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Criminal Procedure.

3.   The designation of Reganel J. Reeves, Esquire, of the Esquire Litigation Group, as local counsel for Defendant Nevin Shapiro is **ACCEPTED**.

4.   Emeka Igwe, Esquire, is directed to register with this Court's CM/ECF system within fourteen (14) days of the date of this Order to permit electronic service of all filings in this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6th day of May, 2026.

_____
**HONORABLE EDWARD L. ARTAU**
UNITED STATES DISTRICT JUDGE


Copies furnished to:
    All counsel of record (via CM/ECF)
    United States Probation Office